IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALLEN POLK                                                                                PLAINTIFF

v.                          Case No. 4:11-cv-276-DPM-JTR

PULASKI COUNTY DETENTION
FACILITY, et al.                                            DEFENDANTS

ORDER

Pursuant to Polk's notice of dismissal, *Document No. 17*, this case is dismissed without prejudice. All pending motions are denied as moot. Because Polk is voluntarily dismissing his case, the Court declines to adopt the now-moot proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray.

So ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 August 2011